1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**

10          **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12  Ronnie Dale DEMENT, | Case Number 3-12-cv-4750-JSW |
| 13               Petitioner, | DEATH-PENALTY CASE |
| 14          v. | ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND INSTRUCTIONS TO CLERK |
| 15  Kevin CHAPPELL, Acting Warden of San Quentin State Prison, | |
| 16 | |
|                 Respondent. | |
| 17 | |

18
        Petitioner was convicted and sentenced to death in Fresno Superior Court. *People v.*
19
*Dement*, 264 P.3d 292 (Cal. 2011).  This capital habeas action therefore should be heard in the
20
Eastern District of California.  N.D. Cal. Habeas L.R. 2254-22(a); E.D. Cal. L.R. 191(f).
21
Accordingly, this action is hereby transferred to the District Court for the Eastern District of
22
California.  "The Clerk immediately shall advise the Clerk of Court" of the Eastern District.
23
N.D. Cal. Habeas L.R. 2254-22(c).
24

25
                                                                *It is so ordered.*
26
DATED:  September 13, 2012        _____
27
                                        JEFFREY S. WHITE
                                        United States District Judge
28

Case No. 3-12-cv-4750-JSW
ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE EASTERN
DISTRICT OF CALIFORNIA
(DPSAGOK)